## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

JEFFERY WILLIAMS,                              CASE NO.: 1:24-cv-09112-RA

         Plaintiff,

v.

REHANDARI LLC d/b/a KOBRICK COFFEE
and 675 HUDSON STREET OWNER LLC,

         Defendants.

---------------------------------------------------------x

## **NOTICE OF ATTORNEY APPEARANCE**

Nolan Klein, Esquire, of the Law Offices of Nolan Klein, P.A., hereby gives notice of appearing as counsel of record for Defendant, 675 HUDSON STREET OWNER in the above-styled action.

DATED this **11th** day of **February,** 2025.

         Respectfully Submitted,

         LAW OFFICES OF NOLAN KLEIN, P.A.
         *Attorneys for Defendants*
         5550 Glades Road, Suite 500
         Boca Raton, FL 33431
         PH: (954) 745-0588

         By: */s/ Nolan Klein*
         NOLAN KLEIN, ESQ.
         (NK 4223)
         klein@nklegal.com
         amy@nklegal.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **11th** day of **February,** 2025.

By: */s/ Nolan Klein*
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**GABRIEL A. LEVY, ESQ.**
GABRIEL A. LEVY, P.C.
1129 Northern Blvd., Suite 404
Manhasset, NY 11030
Ph : (347) 941-4715
glevy@glpcfirm.com
*Attorneys for Plaintiff*