

February 20, 2025

Hon. Judge Ronnie Abrams
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: **WILLIAMS v. REHANDARI LLC, et al.
DOCKET NO. 1:24-cv-9112**

Dear Judge Abrams:

    The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to advise the Court that this case has been settled in principle.

    The parties are currently in the process of finalizing settlement conditions and we anticipate filing a Stipulation of Dismissal with Prejudice within the next sixty (60) days. As such, the undersigned respectfully requests that the Court adjourn all deadlines sine die, and allow the parties sixty (60) days to finalize settlement.

    Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy